UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 13-122-DLB

WILLIAM HARDIN                                                                                   PLAINTIFF

vs.                                            **JUDGMENT**

CAROLYN COLVIN, Acting
Commissioner of Social Security                                                    DEFENDANT

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), is it **ORDERED AND ADJUDGED** that:

(1)     The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)     Plaintiff's Complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3)     This action is **STRICKEN** from the active docket of the Court.

This 5th day of February, 2015.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\SocialSecurity\MOOs\Pikeville\7-13-122 Hardin Judgment.wpd